## Alice McGurk, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 22,377.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the March term, 1916. Reversed with finding of fact. Opinion filed October 30, 1916.

### Statement of the Case.

Action by Alice McGurk, plaintiff, against the Chicago City Railway Company, defendant, in the Circuit Court of Cook county, to recover for personal injuries sustained as a result of being struck by the rear portion or overhang of a street car. From a judgment for plaintiff for $2,000, defendant appeals.

It appeared that plaintiff was struck by a northbound car rounding the curve from Jackson Park avenue while turning westward into 56th street in Chicago.

Jackson Park avenue runs north and south but does not extend beyond 56th street, which runs east and west. At the junction of these streets the car tracks turn westward into 56th street, and the regular stopping place of northbound street cars is in 56th street after rounding the curve. The car was a large car of the pay-as-you-enter type. There was testimony that the normal overhang of the cars was two feet one and three-fourth inches outside the rail, but on the curve at the maximum this would be three feet six inches more. Plaintiff was standing just south of the crosswalk on the south side of 56th street and three or four feet from the track. She signaled the motorman to stop and then walked southward, expecting the car to stop before striking the curb, but it continued slowly

around to the regular stopping place. As the over-
hang in the rear began to swing out plaintiff did not
avoid it and was struck. There was uncontradicted
testimony that the motorman when he came near called
and signaled her to stand back from the car. A pas-
senger on the platform testified in detail as to the mo-
tions of the motorman indicating to plaintiff that she
should stand away from the car, at the same time tell-
ing her to "stand back." Plaintiff apparently moved
back about two feet, but could not be seen from the
front platform after the front end of the car had
passed her. Plaintiff testified that she did not notice
the warning.

BUSBY, WEBER & MILLER, FRANKLIN B. HUSSEY and
ARTHUR J. DONOVAN, for appellant; JOHN R. GUIL-
LIAMS, of counsel.

RICHARD J. FINN, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opin-
ion of the court.

## Abstract of the Decision.

STREET RAILROADS, § 131*—*when evidence insufficient to show neg-*
*ligence of defendant.* In an action to recover for personal injuries
sustained by being struck by the rear portion or overhang of a "pay-
as-you-enter" street car as it rounded a street corner, evidence ex-
amined and *held* insufficient to prove that defendant was negligent
as alleged in the declaration.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.